JOSEPH POKORNY *v.* GETTA'S GARAGE ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 22 Conn. App. 539, is granted, limited to the following issue:

"Is an employer obligated to pay a workers' compensation claimant the amount of his medical bills that have been paid by a health insurance carrier who has not claimed a lien pursuant to General Statutes § 38-174n?"

*Thomas A. Mulligan,* in support of the petition.

*Lawrence J. Merly* and *Nicholas E. Wocl,* in opposition.

Decided September 18, 1990

MARY LOU SCIOLA *v.* ROBERT SHERNOW

The defendant's petition for certification for appeal from the Appellate Court, 22 Conn. App. 351, is denied.

*Wesley W. Horton* and *Robert M. Shields,* in support of the petition.

*William F. Gallagher,* in opposition.

Decided September 18, 1990

MONTE JEFFREY SACHS *v.* DEBORAH JOY SACHS

The plaintiff's petition for certification for appeal from the Appellate Court, 22 Conn. App. 410, is denied.

*Thomas F. Gudsnuk* and *Ralph C. Crozier,* in support of the petition.

*James R. Greenfield,* in opposition.

Decided September 18, 1990